**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PINK FLOYD (1987) LIMITED,<br><br>   Plaintiff,<br><br>v.<br><br>THE OWNER AND/OR OPERATOR OF FLOYDOLOGY.COM<br><br>   Defendant. | Case No.: 1:23-cv-16864<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF KEITH A. VOGT

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defaulting Defendant (as defined in the accompanying Memorandum) has failed to plead or otherwise defend this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. My office investigated the infringing activities of the Defaulting Defendant, including attempting to identify its contact information. Our investigation confirmed that the Defaulting Defendant is primarily domiciled in Asia. As such, I am informed and believe that the Defaulting Defendant is not an active-duty member of the U.S. armed forces.

2

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  February 13, 2024                              */s/ Keith A. Vogt*
                                                                        Keith A. Vogt
                                                                        *Counsel for Plaintiff*