# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Pink Floyd (1987) Limited

                Plaintiff,

v.                           Case No.: 1:23−cv−16864

                          Honorable Sharon Johnson Coleman

The Owner and/or Operator of Floydology.com

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 22, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 2/22/2024. Defendant did not appear nor contact the Court. Plaintiff's motion for entry of default and default judgment against the defendant [26] is granted. Default judgment is entered in favor of plaintiff and against the defendant. Enter Order. The one thousand dollar ($1,000) surety bond posted by PFL is hereby released to PFL or its counsel, Keith Vogt Ltd., 33 W Jackson Blvd, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to PFL or its counsel. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.